[No. 50133-0-I.  Division One.  March 15, 2004.]

ROBERT MAKI, ET AL., *Individually and as Personal Representatives, Appellants*, v. JAY MORGAN, ET AL., *Individually and as Personal Representatives, Respondents.*

*In the Matter of the Estate of* CASEY B. MORGAN, *Respondent.*

*In the Matter of the Estate of* KAREN MORGAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-19370-0, James A. Doerty, J., entered March 11, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.

[No. 50242-5-I.  Division One.  March 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. INDLE GIFFORD KING, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00809-3, George N. Bowden, J., entered April 1, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 50591-2-I.  Division One.  March 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE D. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-09957-1, Michael J. Fox, J., entered May 28, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Schindler, JJ.